# Court of Appeals
# of the State of Georgia

ATLANTA,  September 21, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0310.  VINCENT CRAWFORD v. THE STATE.**

Following a bench trial, the trial court found Vincent Crawford guilty of driving under the influence of alcohol ("DUI"), driving with an unlawful alcohol concentration (which the court merged with the DUI conviction), and speeding. Crawford appeals from his judgment of conviction, contending that the trial court erred when it denied his motion to suppress all evidence obtained following the traffic stop that led to his arrest.  In his motion to suppress, Crawford argued, in relevant part, that Georgia's implied consent statute, OCGA § 40-5-67.1 (b) (2), is unconstitutional on its face and as applied in this case.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)).  Because the trial court rejected Crawford's challenge to the constitutionality of OCGA § 40-5-67.1 (b) (2) in this case, it appears that jurisdiction over this appeal may lie in the Supreme Court.  As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic,*

*Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/21/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*